

# NUMBER 13-14-00303-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

RICHARD BIANCHI,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                               Appellee.

### On Appeal from the 343rd District Court
### of Aransas County, Texas.

# NUMBER 13-14-00311-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

## IN RE RICHARD BIANCHI

### On Petition for Writ of Mandamus and
### Petition for Writ of Prohibition and

**Emergency Motion for Relief.**

---

# ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

On June 6, 2014, in cause number 13-14-00303-CV, the State of Texas, acting by and through Michael Welborn, the Aransas County District Attorney, filed its "State's Response to Emergency Motions," in which it requests that this Court lift, partially, lift, or clarify the stay currently in effect in this case. The State contends in part, that Richard Bianchi "may be replaced with a successor at any time the Aransas County Commissioner's Court may choose to appoint one," and thus the State requests that "to the extent that the present stay may arguably prevent or discourage such action, the State would request that this Court partially lift, or clarify, its order to allow for that possibility."

This Court has issued two orders of stay concerning the underlying proceedings: an order issued on June 2, 2014 in appellate cause number 13-14-00303-CV, and an order issued on June 4, 2014 in appellate cause number 13-14-00311-CV.

The Court, having examined and fully considered the State's request, is of the opinion that it should be granted in part and carried with the case in part as stated herein. We GRANT the State's request insofar as we issue this order of clarification in both appellate causes. The stay orders previously issued in these causes do not affect or impair the ability or duty of the Aransas County Commissioner's Court with regard to any actions that would be encompassed in its normal course of business, including, but not limited to, any potential appointments. All other relief sought by the State is CARRIED WITH THE CASE.

2

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of June, 2014.